IN THE DISTRICT COURT O RECEIVED
THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GWENDOLYN WILLIAMS
OCIE M. WILLIAMS JR.           CIVIL ACTION NO.

    PLAINTIFF                  2:06-CV-1150-WKW

    -VS-

CAPITAL ONE

    DEFENDENT

              CAUSE OF ACTION

PLAINTIFF is a resident of THE STATE OF ALABAMA
DEFENDENT is a company during business under the Laws of the State OF UT. and Virgina

Come now Plantiff and say This action falls up under the 14th Amendment and the Fair Credit Reporting Act.

On or about March 17th 2006 I discovered that $119.99 had been added on my account for more than a year. Everytime I pay my account down it rise's back up, due to illegal chargers on my account. I have sent letter after letter requesting this to be corrected with no help from the DEFENDANT.
PLAINTIFF became very upset when the November pay schuldred came showing that 3 payments behind.

I call and I wrote requesting that this damage not be put on my Credit Fish and Ocie M. Williams Jr Credit Fish. Being a poor woman and with little income this has destroyed me and my family. I ask the Court to review my complaint and rendred the following decission.

1.- Jury Trail
2.- FIFTY THOUSAND DOLLORS for pain and suffering.
3.- FIFTY THOUSAND DOLLORS for damages for failure to comply with the Fair Credit Reporting Act.
4.- FIFTY THOUSAND DOLLORS for failure to close my account when ask.
ACCT NO- 4388642-020509702

Respectfully Submitted
Gwendolyn Williams
Gwendolyn Williams
Ocie M. Williams
Ocie M. Williams JR.

SEE ATTACH:

Notary: [signature]
MY COMMISSION EXPIRES DEC. 2, 2007

Sworn Before Me A Notory on this 18th Day of December 2006

Certificate OF SERVICE
I. Gwendolyn Williams served a copy of this complaint to the DEFENDENT at this address above
Capital One
P.O. Box 30285
SALT LAKE CITY UT
84130-0285

Gwendolyn Williams
Dated 18 Dec. 2006

# Attachment

# Capital One

PO Box 30285
Salt Lake City, UT 84130-0285

July 7, 2006

Gwendolyn Williams
3091 Co Rd 57
Verbena AL 36091-2803

*[handwritten: person talked to: 48: Vicki]*

*[handwritten stamp/note: ACCT. CLOSED  re:]*

Re: 4388642020509702

Dear Gwendolyn Williams:

We regret that you have chosen to close the above referenced account.

As you requested, we have designated your account to close when it reflects a zero balance.

As of June 29, 2006, your account reflects a balance of $34.58. This may not be the final balance on your account. We ask that you contact us at 1-800-955-7070 in order to verify the balance, prior to your making the final payment.

To avoid late fees, please continue to make timely minimum payments. Also, we remind you to cancel any charges that post automatically to your account. The account will not close unless the balance remains at zero.

Sincerely,

*[signature]*

Capital One Financial

©2004 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

*[handwritten notes at bottom:]*

Capital One.
mar 17 - P -119. cr April 24.
May 17, - $34.58.
st 7 business — /5 business.
within 15 days.

PAGE 01 OF 01

W

11-16-06
Re 43886420 20509702

Dear Capital One
As you can see I've sent yall $60.00 more dollars, I dont understand when ask to close my account you'll still saying I owe yall money. When Im sure yall records should show that yall owe me. Now threw all this yall have mess up not only myself but my husband's and son's credit. I'm asking yall for the last time to please fix the error made on all accounts within 30 days or I'll see you in Fredral court Montgomery ala.

Thank You

Mrs Gwendolyn Williams

BOBBY JOE CHATMAN, SR.
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 30, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**CapitalOne**
what's in your wallet?

GWENDOLYN E WILLIAMS

**YOU'RE BEHIND BY 3 PAYMENTS**

# MAKE A PAYMENT. AND TAKE CONTROL OF YOUR CREDIT WITH CAPITAL ONE.

Your account is temporarily unusable. The good news is, by paying the amount due on your statement, you can still bring your account into good standing.

Let's work together to bring your account back to good standing.

You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

500010-08503

---

**CapitalOne** what's in your wallet?                                                              www.capitalone.com

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $282.30 | − $187.09 | + $4.56 | + $29.00 | = $128.77 | $60.00 | Nov. 09, 2006 |

Sep. 10, 2006 — Oct. 12, 2006    Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Visa Platinum Account**
4388-6420-2050-9702

**Your Account Information**
TOTAL CREDIT LINE                $500.00
TOTAL AVAILABLE CREDIT           $371.23
CREDIT LINE FOR CASH             $500.00
AVAILABLE CREDIT FOR CASH        $371.23

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $179.36 | 0.07712% D | 28.15% | $4.56 |
| Cash | $0.00 | 0.07712% D | 28.15% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:   28.15%

You're behind by three payments. That means you are temporarily unable to make new purchases or get cash advances. But you can regain your Capital One charging privileges and bring your account back into good standing by paying the amount due on your statement. If you're having financial difficulties and you're feeling overwhelmed - we want to help. Give one of our associates a call at 1.800.955.6600. You'd be surprised what can do together to work this out.

**Payments, Credits & Adjustments**

| | | | | |
|---|---|---|---|---|
| 1 | 22 SEP | CAPITAL ONE MEMBER FEE CREDIT | | $59.00− |
| 2 | 25 SEP | BALANCE ADJUSTMENT | | $119.99− |
| 3 | 27 SEP | ADJ- PURCHASE FINANCE CHARGE | | $5.86− |
| 4 | 02 OCT | ADJ- PURCHASE FINANCE CHARGE | | $0.04− |
| 5 | 02 OCT | PAYMENT PROTECTION ADJ 1-888-527-6904 | | $2.20− |

**Transactions**

| 6 | 12 OCT | PAST DUE FEE | | $29.00 |
|---|---|---|---|---|


**At Your Service 1-800-903-3637**
To call Customer Relations or to report a lost or stolen card:


**Send payments to:**
Capital One Bank · P.O. Box 650007 · Dallas, TX 75265-0007

**Send inquiries to:**
Capital One · P.O. Box 30285 · Salt Lake City, UT 84130-0285

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

Under terms previously disclosed to you, some or all of your Annual Percentage Rates (APRs) have been increased since your account was past due twice in the past 12 billing cycles. If your rates have already increased, subsequent delinquencies extended the duration of the increased rates. Remember: If we receive your minimum monthly payment on time for 12 consecutive billing cycles, this account will be reviewed for a possible return to your Non-Introductory APR.

6056  0010 506         1    7   9   061012        PAGE 1 of 1        COLR239B        01BC6056  10048063
PLEASE RETURN PORTION BELOW WITH PAYMENT