≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Gwendolyn Williams and
Ocie M. Williams, Jr.

V.

Capital One

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-01150-WKW-WC

TO: (Name and address of Defendant)

Capital One
P O Box 30285
Salt Lake City, UT 84130-0285

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ocie M. Williams, Jr (Pro Se)
Gwendolyn Williams (Pro Se)
3091 County Road 57
Verbena, AL 36091-2803
205-280-6412

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 12/29/06