IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1150-WKW |
| | ) | |
| CAPITAL ONE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Wallace Capel, Jr. for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 4th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE