IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CASE NO. 2:06-CV-1150-WKW

Gwendolyn Williams
Ocie M. Williams JR
    PLAINTIFF

VS

CAPITAL ONE
    DEFENDENT

MOTION TO DISMISS

COME NOW PLAINTIFF AND DEFENDANT have reached a Confidention Agreement

PLAINTIFF ask That This CASE be DISMISSED WITH Prejudtic.

Respectfully Submitted
Gwendolyn Williams
Ocie M Williams
Dated THIS 12th DAY FEBURAY 2007
Phone (205) 280-6412